CHARLES A. BARNES et al., Respondents, *v.* JOHN J. ARNOLD et al., Defendants, and WILLIAM W. TREVOR et al., Appellants.

*Barnes* v. *Arnold,* 45 App. Div. 314, affirmed.
(Argued January 14, 1902; decided January 28, 1902.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 12, 1899, affirming an interlocutory judgment entered after a decision in favor of plaintiffs rendered by the court at an Equity Term.

The following are the questions certified :

*First.* Is section 52 of chapter 689 of the Laws of 1892, known as the Banking Law, in so far as it seeks to increase and extend the liability of stockholders who, at the time said act took effect, were stockholders of the Merchants' Bank of Lockport, a state bank then and theretofore existing, constitutional, under that clause of the Constitution of the United States which prohibits legislation impairing the obligation of contracts ?

*Second.* Was the extension of the liability of such stockholders by said section 52 of the Banking Law prohibited by sections 1 to 8 inclusive, of article VIII of the Constitution of the state of New York of 1846 ?

*Third.* Were deposits made in the Merchants' Bank of Lockport, in the ordinary course of business, or upon certificates of deposit made by their terms payable upon the return of such certificates properly indorsed, obligations for which the stockholders of such bank were liable, under said section 52, as limited by section 55 of chapter 688 of the Laws of 1892, known as the Stock Corporation Law ?

*A. K. Potter, W. H. Ransom, F. A. Ransom* and *John E. Pound* for appellants.

*David Millar* for respondents.

Judgment affirmed, with costs, on the opinions below. First and third questions answered in the affirmative and the second question in the negative.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.